UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-6621(L), 23-7144(CON), 23-7151(CON), 23-7706(CON)

**Caption [use short title]**

**Motion for:** Consolidation of Appeals

**Set forth below precise, complete statement of relief sought:**

The Government seeks to consolidate the nine appeals filed by appellants in connection with the same underlying trial that have overlapping issues on appeal:

(i) 22-2789(L) and 22-2790(CON);

(ii) 23-6621(L), 23-7144(CON), 23-7151(CON), and 23-7706(CON);

(iii) 23-7698; (iv) 23-7773; and (v) 23-7899

United States v. Moslem

**MOVING PARTY:** United States of America
**OPPOSING PARTY:** Mehdi Moslem and Saaed Moslem

☐ Plaintiff ☐ Defendant
☐ Appellant/Petitioner ☑ Appellee/Respondent

**MOVING ATTORNEY:** Damian Williams, U.S. Attorney, Southern District of New York
**OPPOSING ATTORNEY:** Jonathan I. Edelstein, Esq. (for Mehdi Moslem)

[name of attorney, with firm, address, phone number and e-mail]

By: Nicholas S. Bradley, Assistant U.S. Attorney
501 Fifth Avenue, Suite 514, New York, NY 10017

One Saint Andrew's Plaza, New York, NY 10007
(212) 871-0571; jonathan.edelstein.2@gmail.com

(212) 637-1581; Email: nicholas.bradley2@usdoj.gov
[Saaed Moslem is pro se]

**Court- Judge/ Agency appealed from:** The Honorable Cathy Seibel, United States District Judge, Southern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):
Notification made to counsel for Mehdi Moslem. Saaed Moslem is pro se and detained.

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)
Has argument date of appeal been set? ☐ Yes ☑ No If yes, enter date:

**Signature of Moving Attorney:**
/s/ Nicholas S. Bradley  **Date:** 1/26/2024  Service by: ☑ CM/ECF ☑ Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Appellee*,<br><br>-v-<br><br>SAAED MOSLEM and MEHDI MOSLEM,<br><br>*Defendant-Appellants*. | <u>AFFIRMATION</u><br><br>Dkt. Nos. 22-2789(L),<br>22-2790(CON) |
| UNITED STATES OF AMERICA,<br><br>*Appellee*,<br><br>-v-<br><br>SAAED MOSLEM and MEHDI MOSLEM,<br><br>*Defendant-Appellants*. | Dkt. Nos. 23-6621(L), 23-7144(CON), 23-7151(CON), 23-7706(CON) |
| UNITED STATES OF AMERICA,<br><br>*Appellee*,<br><br>-v-<br><br>SAAED MOSLEM and MEHDI MOSLEM,<br><br>*Defendant-Appellants*. | Dkt. No. 23-7698<br><br>Dkt. No. 23-7773<br><br>Dkt. No. 23-7899 |

| | |
|---|---|
| STATE OF NEW YORK | ) |
| COUNTY OF NEW YORK | : ss.: |
| SOUTHERN DISTRICT OF NEW YORK | ) |

NICHOLAS S. BRADLEY, pursuant to 28 U.S.C. § 1746, hereby affirms under penalty of perjury:

1. I am an Assistant United States Attorney in the Office of Damian Williams, United States Attorney for the Southern District of New York. I represented the Government in the District Court and I represent the Government in this appeal. I submit this affirmation in support of the Government's motion to consolidate the appeals docketed under (i) numbers 22-2789(L) and 22-2790(CON); (ii) numbers 23-6621(L), 23-7144(CON), 23-7151(CON), and 23-7706(CON); (iii) number 23-7698; (iv) number 23-7773; and (v) number 23-7899 because these nine appeals were filed by the same two defendants in connection with the same underlying trial and have overlapping issues on appeal. Accordingly, it is in the interests of judicial economy to consolidate these five sets of appeals.

## BACKGROUND

2. On June 3, 2021, following a three-week trial before the Honorable Cathy Seibel, United States District Judge for the Southern District of New York, Defendants Saaed Moslem and Mehdi Moslem were found guilty of conspiring to defraud the IRS, in violation of 18 U.S.C. § 371, and conspiring to commit bank fraud, in violation of 18 U.S.C. § 1349. Saaed Moslem was also

found guilty of making false statements to lenders, in violation of 18 U.S.C. § 1014; bank fraud, in violation of 18 U.S.C. § 1344; concealing assets, false oaths, and false claims in a bankruptcy case, in violation of 18 U.S.C. § 152; and aggravated identity theft, in violation of 18 U.S.C. § 1028A. On October 17, 2022, Judge Seibel sentenced Saaed Moslem to 96 months' imprisonment and Mehdi Moslem to 40 months' imprisonment.

   3. Judgment was entered against both defendants on October 24, 2022. (Dkt. 248, 249).[1] Saaed Moslem filed a notice of appeal from the judgment the same day, which was assigned docket number 22-2790. (Dkt. 252). Mehdi Moslem also filed a notice of appeal from the judgment the same day, which was assigned docket number 22-2789 and consolidated with docket number 22-2790. (Dkt. 250). Mehdi Moslem is represented in this Court by Jonathan I. Edelstein, Esq. Mehdi Moslem filed a counseled brief in the appeal docketed under 22-2789 on June 6, 2023. Mehdi Moslem also received permission to file a *pro se* supplemental brief, which was filed on June 29, 2023. Saaed Moslem is *pro se* in this Court and filed a brief in the appeal docketed under 22-2790 on June 30, 2023.

   4. As described below, following sentencing, Mehdi Moslem and Saaed Moslem, acting *pro se*, filed various motions in the District Court asking Judge Seibel to grant them bail, recuse herself, grant a new trial, vacate their

---

[1] "Dkt." refers to an entry on the District Court's docket for this case.

3

convictions under 28 U.S.C. § 2255, and reduce their sentences. After Judge Seibel denied their motions in whole or in part, Mehdi Moslem and Saaed Moslem filed notices of appeal, nine of which are currently pending before this Court.[2]

5. On May 19, 2023, Saaed Moslem filed a motion in the District Court asking that Judge Seibel recuse herself based on, among other things, the District Court's evidentiary rulings and findings regarding the applicable tax loss at sentencing. (Dkt. 297). Judge Seibel denied that motion on May 30, 2023. (Dkt. 298). On June 2, 2023, Saaed Moslem filed a notice of appeal from that order. (Dkt. 312). That appeal was assigned docket number 23-6621.

6. On May 30, 2023, Saaed Moslem and Mehdi Moslem filed a motion in the District Court seeking a new trial under Federal Rule of Criminal Procedure 33, alleging "newly discovered" evidence regarding a cooperating witness that testified against them at trial. (Dkt. 299). Judge Seibel denied that motion on August 30, 2023 and denied the defendants' motion for reconsideration on September 5, 2023. (Dkt. 334, 339). On September 6, 2023, Mehdi Moslem filed a notice of appeal from that order. (Dkt. 340). That appeal was assigned

---

[2] On July 6, 2023, this Court dismissed two appeals of Judge Seibel's denial of bail pending the defendants' direct appeals that were assigned docket numbers 22-3216 and 23-6517 and were consolidated with docket numbers 22-2789 and 22-2790. On January 4, 2024, this Court dismissed Saaed Moslem's appeal of Judge Seibel's denial of bail pending his Section 2255 petition that was assigned docket number 23-6370 and was also consolidated with docket numbers 22-2789 and 22-2790.

4

docket number 23-7144. On September 11, 2023, Saaed Moslem filed a notice of appeal from that order. (Dkt. 341). That appeal was assigned docket number 23-7151.

7. On October 31, 2023, Saaed Moslem filed a motion in the District Court seeking a reduction in sentence under 18 U.S.C. § 3582(c)(2) based on the 2023 amendments to the United States Sentencing Guidelines, arguing that he was improperly scored a criminal history point and otherwise met the requirements under U.S.S.G § 4C1.1. (Dkt. 352). On October 31, 2023, Judge Seibel denied that motion. (Dkt. 354, 355). On November 3, 2023, Saaed Moslem filed a notice of appeal from that order. (Dkt. 358). That appeal was assigned docket number 23-7706.

8. On January 9, 2024, this Court entered an order requiring the defendants to file their opening briefs in the appeals docketed under 23-6621, 23-7144, and 23-7151 by February 20, 2024. In that same order, this Court ordered Saaed Moslem to file his Acknowledgement and Notice of Appearance form and Form B by January 30, 2024 to avoid dismissal of the appeal docketed under 23-7706. As shown in the order, this Court has consolidated the appeals docketed under 23-6621, 23-7144, 23-7151, and 23-7706.

9. On January 3, 2023, Mehdi Moslem and Saaed Moslem filed a petition before the District Court to vacate their convictions under 28 U.S.C.

5

§ 2255, arguing their counsel were ineffective for failing to object to alleged Government misconduct, denial of their due process rights based on the District Court's tax loss determinations at sentencing, and denial of Saaed Moslem's right to counsel when he tried to withdraw his *pro se* status midway through his sentencing. (Dkt. 266). On July 31, 2023, Mehdi Moslem and Saaed Moslem filed a motion to amend their Section 2255 petition to include additional arguments that their counsel were ineffective for failing to object at trial to the admission of certain tax returns and consensual recordings, and for not raising certain topics on cross-examination of a cooperating witness. (Dkt. 328). On October 23, 2023, Judge Seibel partially denied the petition and held the claims regarding the tax loss calculation and re-appointment of counsel in abeyance because they had already been raised in the defendants' pending direct appeals. (Dkt. 344). On October 25, 2023, Mehdi Moslem filed a motion for reconsideration in the District Court, which Saaed Moslem joined. (Dkt. 345, 346). Judge Seibel denied the motion for reconsideration on October 30, 2023. (Dkt. 349). On October 31, 2023 Mehdi Moslem and Saaed Moslem filed notices of appeal from those orders, which were assigned docket numbers 23-7698 (Mehdi Moslem) and 23-7773 (Saaed Moslem).[3] (Dkt. 353).

---

[3] On November 20, 2023, Saaed Moslem filed a *pro se* brief captioned and docketed under 23-7773 that raised arguments about his motions before the District Court to (i) reduce his sentence under 18 U.S.C. § 3582(c)(2); and (ii) seek recusal

10. On November 16, 2023, Saaed Moslem filed a motion before the District Court seeking to amend his motion to vacate his conviction under 28 U.S.C. § 2255, arguing that he had received ineffective assistance of counsel when his attorneys did not object to his criminal history calculations prior to Saaed Moslem's decision to discharge them and proceed *pro se* at sentencing. (Dkt. 363). On November 28, 2023, Judge Seibel denied that motion. (Dkt. 364). On November 29, 2023, Saaed Moslem filed a notice of appeal from that order. (Dkt. 365). That appeal was assigned docket number 23-7899.[4]

## DISCUSSION

11. Mehdi Moslem and Saaed Moslem have filed multiple appeals in connection with a single criminal case before Judge Seibel. The Government anticipates that many of the issues raised in these appeals will overlap and derive from the same factual and procedural background, which is lengthy and voluminous. For instance, at least four of Saaed Moslem's arguments in the appeal docketed under 22-2790—concerning issues of Judge Seibel's evidentiary rulings, loss calculations, denial of right to counsel, and alleged Government misconduct—

---

of Judge Seibel. Although not properly filed in those dockets, it appears that Saaed Moslem has attempted, at least in part, to brief the appeals in which those issues are raised under docket numbers 23-7706 and 23-6621, respectively.

[4] The defendants filed motions in this Court for certificates of appealability in the appeals docketed under 23-7698, 23-7773, and 23-7899.

are likely to be substantially similar to those raised in the appeal docketed under 23-6621 (denial of his motion to recuse Judge Seibel). Additionally, as explained above, these arguments also overlap with the claims raised in their Section 2255 petition at issue in the appeals docketed under 23-7698, 23-7773, and 23-7899. Similarly, their appeals docketed under 23-7144 and 23-7151 raise issues regarding the denial of their Rule 33 motion for a new trial, which is based on the same trial record and focuses on the testimony of a cooperating witness discussed at length in Saaed Moslem's brief docketed under 22-2790. Because the facts and procedural background similarly overlap, it is in the interests of judicial economy to consolidate all nine pending appeals and permit the Government to file a scheduling notification letter after the filing of Mehdi Moslem and Saaed Moslem's final briefs in the consolidated appeals. That would allow the Government to file a single brief responding to all of the defendants' arguments in the nine appeals, which is also in the interests of judicial economy. *See* Second Circuit Rule 31.2(a)(1)(B) (appellee's scheduling request is due "after the filing of the last appellant's brief" and may request up to 91 days "after the filing of the last appellant's brief").

      12.    On January 11, 2024, the Government consulted with Jonathan I. Edelstein, Esq., who indicated that he does not object to this motion on behalf of Mehdi Moslem.

## **CONCLUSION**

WHEREFORE, the Government respectfully requests that this Court grant the motion to consolidate the appeals docketed under numbers (i) 22-2789(L) and 22-2790(CON); (ii) 23-6621(L), 23-7144(CON), 23-7151(CON), and 23-7706(CON); (iii) number 23-7698; (iv) number 23-7773; and (v) number 23-7899.

Dated:   New York, New York
         January 26, 2024

                                            Respectfully submitted,

                                            DAMIAN WILLIAMS
                                            United States Attorney

          By:     /s/ Nicholas S. Bradley
                     Nicholas S. Bradley
                     Assistant United States Attorney
                     Tel: (212) 637-1581

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), the undersigned counsel hereby certifies that this motion complies with the type-volume limitation of the Federal Rules of Appellate Procedure. As measured by the word processing system used to prepare this motion, there are 1,536 words in this motion.

      /s/ Nicholas S. Bradley
Nicholas S. Bradley
Assistant United States Attorney
Tel: (212) 637-1581

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on January 26, 2024 he caused the attached Affirmation to be served by United States mail on:

>Saaed Moslem
>Reg. No. 87068-054
>FCI FORT DIX
>FEDERAL CORRECTIONAL INSTITUTION
>P.O. BOX 2000
>JOINT BASE MDL, NJ 08640

>DAMIAN WILLIAMS
>*United States Attorney for the*
>*Southern District of New York*

By:        */s/ Nicholas S. Bradley*
NICHOLAS S. BRADLEY
*Assistant United States Attorney*